[No. 74163-2-I.   Division One.   January 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH J. TAYLOR, *Appellant*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated February 8, 2016. Substitute opinion filed. See 192 Wn. App. 1035.

[No. 74165-9-I.   Division One.   January 25, 2016.]

*In the Matter of the Parentage of* M.R.A.

ARIKA L.R. TONEY, *Appellant*, v. TIMOTHY J. AHEREN III, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-5-00114-5, Gary B. Bashor, J., entered December 15, 2014. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Becker and Lau, JJ.

[No. 74168-3-I.   Division One.   January 25, 2016.]

*In the Matter of the Dependency of* M.M. ET AL.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 05-7-00328-1, David L. Edwards, J., entered June 16, 2014. *Dismissed* by unpublished opinion per Becker, J., concurred in by Lau and Trickey, JJ.

[No. 46793-3-II.   Division Two.   January 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. NOLAN BROOKS GWINN, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-1-01100-1, Christine Schaller, J., entered October 7, 2014. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Lee, JJ.